**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

WAYNE McGRIFF                                                               PETITIONER

VERSUS                                      CIVIL ACTION NO. 5:04cv283-DCB-JCS

CONSTANCE REESE                                                             RESPONDENT

## **FINAL ORDER**

This matter comes before the Court on United States Magistrate Judge James C. Sumner's Report and Recommendation [**docket entry no. 10**], which recommends that the petitioner's Petition for Writ of Habeas Corpus [**docket entry no. 1**] be dismissed with prejudice, and the Court having adopted the Report and Recommendation of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 27th day of March, 2007.


                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE